UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| MCHELLE KINDOLL, | : |
| | : Case No. 2:17-cv-84DLB |
| **Plaintiffs** | : |
| | : Judge David L. Bunning |
| v. | : |
| | : NOTICE OF FILING PROPOSED |
| SOUTHERN HEALTH PARTNERS, *et al*., | : AGREED UPON ORDER |
| | : |
| | : |
| **Defendants.** | : |

Plaintiff gives notice of filing an agreed proposed order dismissing this case.

Respectfully Submitted,

s/ Alphonse A. Gerhardstein
Alphonse A. Gerhardstein
Attorney for Plaintiffs
Gerhardstein & Branch, Co LPA
441 Vine Street, Suite 3400
Cincinnati, Ohio 45202
(513) 621-9100
Fax (513) 345-5543
agerhardstein@gbfirm.com
adamgerhardstein@gbfirm.com

Gary F. Franke
Michael O'Neill
GARY F. FRANKE CO., L.P.A.
120 East 4th Street - Suite 1040
Cincinnati, Ohio 45202
(513) 564-9222
Fax (513) 564-9990
gff@garyfrankelaw.com
MDO@garyfrankelaw.com

Donald L. Nageleisen, P.L.L.C.
2216 Dixie Highway, Suite 200B
Ft. Mitchell, Kentucky 41017
(859)491-8887
Fax (859) 491-5544
dlnlegalmail@yahoo.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 14, 2019, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. I further certify that a copy of the foregoing pleading and the Notice of Electronic Filing has been served by ordinary U.S. mail upon all parties for whom counsel has not yet entered an appearance electronically.

                                                  s/ Alphonse A. Gerhardstein
                                                  Alphonse A. Gerhardstein